UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.*, FRANCISCO HICIANO, <br><br> Plaintiff, <br><br> - against - <br><br> TOWER WEST ASSOCIATES LP, TOWER WEST, INC., GRENADIER REALTY, and MARIA CAPO, <br><br> Defendants. | **ORDER** <br><br> 15 Civ. 3530 (ER) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC# _____ <br> DATE FILED: 01/27/2020 |

Ramos, D.J.:

Pursuant to the order issued December 26, 2019, the Clerk of Court is respectfully directed to lift the seal on the *qui tam* complaint, the Notice of Election to Decline Intervention filed by the Government, and all matters occurring in the above-captioned action subsequent to the date of the December 26, 2019 Order. The parties shall serve all subsequent pleadings and motions filed in this matter, as well as all further orders of this Court, upon the Government, who may seek to intervene for good cause, at any time. Should the relator or the defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the moving party or the parties must solicit the written consent of the Government before applying for Court approval.

It is SO ORDERED.

Dated: January 27, 2020
New York, New York

Edgardo Ramos, U.S.D.J.